**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
ISHAN MALIK,                        :
                                    :
                    Plaintiff,      :
                                    :
    - against -                     :
                                    :          **ORDER**
                                    :
BUSINESS INSIDER, INC., ALEX MORRELL,:
 and JOHN DOES 1-5,                 :
                    Defendants.     :       22 Civ. 3187 (VM)
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than July 15, 2022 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court.  A model Case Management Plan is available on the Court's website: https:// nysd.uscourts.gov/hon-victor-marrero.


Dated: June 21, 2022
       New York, New York

                                    _____
                                            Victor Marrero
                                               U.S.D.J.