UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ISHAN MALIK,

        Plaintiff,                              Case No. 22-cv-3187-VM

    - against –

BUSINESS INSIDER, INC., ALEX MORELL,
and JOHN DOES 1-5.,

        Defendants.
-----------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ishan Malik ("Plaintiff"), and Defendants Business Insider, Inc. and Alex Morrell (together, "Defendants"), stipulate and agree that all of Plaintiff's claims against Defendants be, and hereby are, DISMISSED WITH PREJUDICE, with the parties to bear their own costs, expenses, and attorneys' fees.

*(Signatures next page)*

*Malik v. Business Insider, et al.*  
Case No. 22-cv-3187-VM

STIPULATION OF DISMISSAL  
WITH PREJUDICE

Dated: New York, NY  
November 15, 2022

By: _____

Richard A. Altman  
LAW OFFICE OF RICHARD A. ALTMAN  
150 East 56th Street, Suite 12B  
New York, NY 10022  
Telephone: 212.633.0123  
altmanlaw@earthlink.net

*Attorney for Plaintiff Ishan Malik*

Dated: New York, New York  
November 15, 2022

By: */s/ Elizabeth A. McNamara*  
Elizabeth A. McNamara  
Rachel F. Strom  
Hilary Oran

DAVIS WRIGHT TREMAINE LLP  
1251 Avenue of the Americas, 21st Floor  
New York, New York 10020  
Telephone: (212) 489-8230  
lizmcnamara@dwt.com  
rachelstrom@dwt.com  
hilaryoran@dwt.com

*Attorneys for Defendants Business Insider, Inc. and Alex Morrell*

2