UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ISHAN MALIK,

        Plaintiff,

- against –

BUSINESS INSIDER, INC., ALEX MORELL, and JOHN DOES 1-5.,

        Defendants.
------------------------------------------------------X

Case No. 22-cv-3187-VM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ishan Malik ("Plaintiff"), and Defendants Business Insider, Inc., Alex Morrell, and John Does 1-5 (together, "Defendants"), stipulate and agree that the above-captioned action be, and hereby is DISMISSED WITH PREJUDICE, in its entirety, with the parties to bear their own costs, expenses, and attorneys' fees.

*(Signatures next page)*

*Malik v. Business Insider, et al.*             STIPULATION OF DISMISSAL
Case No. 22-cv-3187-VM                                WITH PREJUDICE

Dated: New York, NY
November 16, 2022

By: /s/ Richard A. Altman

Richard A. Altman
LAW OFFICE OF RICHARD A. ALTMAN
150 East 56th Street, Suite 12B
New York, NY 10022
Telephone: 212.633.0123
altmanlaw@earthlink.net

*Attorney for Plaintiff Ishan Malik*

Dated: New York, New York
November 16, 2022

By: /s/ Elizabeth A. McNamara

Elizabeth A. McNamara
Rachel F. Strom
Hilary Oran

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
lizmcnamara@dwt.com
rachelstrom@dwt.com
hilaryoran@dwt.com

*Attorneys for Defendants Business Insider, Inc. and Alex Morrell*